# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LOCAL UNION NO. 124 IBEW PENSION TRUST FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:18-cv-00219-DGK ) |
| UNIVERSAL TECHNOLOGIES, LLC, | ) ) ) |
| Defendant. | ) |

## CLERK'S ENTRY OF DEFAULT

Upon review of the record, Defendants have failed to defend as required by the Federal Rules of Civil Procedure. Therefore, DEFAULT of the following named defendants is ENTERED pursuant to Federal Rules of Civil Procedure 55(a):

UNIVERSAL TECHNOLOGIES, LLC.

Dated: August 22 2018

Paige Wymore-Wynn
Clerk of the Court

By: /s/ Tracy Strodtman
Deputy Clerk